266 So.2d 212

Norman T. ALEXANDER

v.

Rogers M. PRESTRIDGE, Assistant District Attorney, Bossier Parish, Louisiana, and The 26th Judicial District Court of Bossier Parish, Louisiana.

No. 52779.

Sept. 11, 1972.

Writ refused. Trial court reply that trial will be forthcoming immediately makes consideration now untimely on the writ of mandamus. No prejudice to relator to properly and timely raise further legal objections.

266 So.2d 212

Ernest Louis FARKAS

v.

JEFFERSON PARISH CRIMINAL COURT.

No. 52675.

Sept. 11, 1972.

Writ denied. The matter is moot.